# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STEVEN D. McCASKILL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 17-cv-0350-MJR-SCW |
| | ) |
| HOLMES, | ) |
| RHONDA, | ) |
| ETHEN, | ) |
| LORREAL, | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER
## ADOPTING REPORT & RECOMMENDATION

**REAGAN, Chief Judge:**

On August 25, 2017, the Honorable Stephen C. Williams, United States Magistrate Judge, held a hearing on Defendants' Motion to Dismiss this matter for lack of prosecution (Docs. 24, 25). Prior to the hearing, Magistrate Judge Williams issued a show cause order directing Plaintiff to appear if he intended to further prosecute his case (Dkt. txt. 22). Prior to issuance of the show cause order, the Court attempted to reach Plaintiff via U.S. mail and the Court successfully transmitted documents to an address supplied by Plaintiff (*See* Doc. 28). Despite being given multiple opportunities to prosecute this case, Plaintiff failed to appear on August 25, 2017, or to otherwise inform the Court that he intended to continue prosecuting this case. Judge Williams recommends that the undersigned District Judge DISMISS this matter for lack of prosecution (Doc. 28). Upon issuance of the Report and Recommendation, Magistrate Judge

Williams informed the parties that they had 14 days to object to his recommendations. (*Id*.). The 14-day deadline—September 11, 2017—came and went without any objections being filed.

Accordingly, the Court **ADOPTS** in its entirety the Report and Recommendation (Doc. 28). The Court finds that Magistrate Judge Williams's recommendations are sound, particularly in light of the Plaintiff's failure to participate in this matter. This matter is hereby **DISMISSED** with prejudice for failure to prosecute. The Clerk's Office is **DIRECTED** to close this case, effective immediately.

**IT IS SO ORDERED.**

DATED: September 25, 2017

*s/ Michael J. Reagan*
Michael J. Reagan
United States District Judge
